HEIMAN HARRIS *vs.* OZIAS COLEDEZKY.

First Judicial District.

Submitted on briefs May 19th—decided August 3d, 1908.

ACTION by a real-estate broker to recover his commission for effecting a sale, brought to and tried by the Court of Common Pleas in Hartford County, *Coats, J.;* facts found and judgment rendered for the plaintiff for $155.34 damages, and appeal by the defendant. *No error.*

*Samuel C. Kone,* for the appellant (defendant).

*John F. Forward* and *Morris Older,* for the appellee (plaintiff).

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.